MOTOR CLUB FIRE & CASUALTY CO. v.
FRANCES SCIBETTA.

October 14, 1975. Cross-petition for certification granted.

OVERLOOK TERRACE MANAGEMENT CORP. v. RENT CONTROL BOARD OF THE TOWN OF WEST NEW YORK.

October 14, 1975. Petition for certification granted.

OVERLOOK TERRACE MANAGEMENT CORP. v. RENT CONTROL BOARD OF THE TOWN OF WEST NEW YORK.

October 14, 1975. Cross-petition for certification granted.

JULIA P. PADOVANO v. LOCAL 478 TRUCKING & ALLIED INDUSTRIES PENSION FUND.

October 14, 1975. Petition for certification denied.

WANDA F. SCHNITZIUS v. FORD MOTOR COMPANY.

October 14, 1975. Petition for certification denied.

SEMI METALS INC. v. PINTER BROTHERS.

October 14, 1975. Petition for certification granted. (See 135 *N. J. Super.* 464)